**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Glafiro GONZALEZ, Defendant–Appellant.**

**No. 05–10676.**

United States Court of Appeals,
Ninth Circuit.

of this circuit except as provided by Ninth Circuit Rule 36–3.

646

Submitted: April 16, 2007 *.

Filed: April 20, 2007.

Kathleen A. Servatius, Esq., USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Gary L. Huss, Esq., Wild Carter & Tipton A Professional Corporation, Fresno, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Glafiro Gonzalez appeals from his jury-trial conviction and 300–month sentence for aiding and abetting, conspiracy and distribution of methamphetamine, in violation of 21 U.S.C. §§ 2, 846 and 841(a)(1), respectively. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

